IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRED T. CALDWELL,                    Petitioner, <br>v.<br>PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE,                    Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 08-153-SLR |

**ORDER OF DISMISSAL**

At Wilmington this _13th_ day of May, 2008;

IT IS ORDERED that:

Petitioner Fred T. Caldwell's request to voluntarily dismiss his § 2254 application without prejudice is GRANTED. (D.I. 6); See Fed. R. Civ. P. 41(a)(2). Accordingly, the court directs the clerk to close the case.

_____
UNITED STATES DISTRICT JUDGE